IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID D. CORNETT                          §
                                          §
                    Plaintiff,            §
                                          §
V.                                        §          No. 3:13-CV-3555-D
                                          §
JOHNNY BROWN,                             §
                                          §
                    Defendant.            §

## ORDER

After making an independent review of the pleadings, files, and records in this

case, and the findings, conclusions, and recommendation of the magistrate judge, the

court concludes that the findings and conclusions are correct.  It is therefore ordered

that the findings, conclusions, and recommendation of the magistrate judge are

adopted.

**SO ORDERED**.

November 27, 2013.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE